People ex rel. Lo Piccolo v LaRocco (2023 NY Slip Op 04261)

People ex rel. Lo Piccolo v LaRocco

2023 NY Slip Op 04261

Decided on August 10, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 10, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ANGELA G. IANNACCI
WILLIAM G. FORD
BARRY E. WARHIT, JJ.

2023-06478

[*1]The People of the State of New York, ex rel. Joseph A. Lo Piccolo, on behalf of Joshua Roston, petitioner, Anthony J. LaRocco, etc., respondent.

Bekoff, Feinman, Lo Piccolo, P.C., Garden City, NY (Joseph A. Lo Piccolo pro se of counsel), for petitioner.
Anne T. Donnelly, District Attorney, Mineola, NY (Brian Rodriguez of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Joshua Roston upon his own recognizance or, in the alternative, to set reasonable bail upon Nassau County Indictment Nos. 214/2019 and 70255/2019.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Nassau County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DUFFY, J.P., IANNACCI, FORD and WARHIT, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court